IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NICHOLAS CORTEZ ADDISON                                            PLAINTIFF

v.                          No. 3:15-cv-308-DPM

JOEY MARTIN, Jail Administrator,
Poinsett County Detention Center; and
POINSETT COUNTY DETENTION CENTER                                  DEFENDANTS

## JUDGMENT

Addison's complaint is dismissed without prejudice.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 September 2015